1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

VIVIAN R HAYS, *et al.*,

                Plaintiffs,

   v.

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,  *et al*.,

                Defendants.

_____/

No. C 10-05336 LB

**ORDER DIRECTING PARTIES TO
FILE CONSENT/DECLINATION
FORM BY FEBRUARY 14, 2011**

    This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

    The parties have not filed written consents to Judge Beeler's jurisdiction.  The parties also have the right to have their case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court whether they consent to Judge Beeler's jurisdiction or request reassignment to a United States District Judge.  Each party shall file either a consent or

///

///

ORDER (C 10-05336  LB)

declination form attached to this Order by February 14, 2011.

**IT IS SO ORDERED.**

Dated: January 31, 2011

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER (C 10-05336 LB)

1
2
3
4
5
6
7
8

UNITED STATES  DISTRICT COURT

9

Northern District of California

10

Oakland Division

11

VIVIAN R HAYS,  *et al.*,

No.  C 10-05336 LB

12

Plaintiffs,

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

13

v.

14

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,  *et al.*,

15
16

Defendants.

_____/

17
18

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19

     In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby

20

consents to have a United States Magistrate Judge conduct any and all further proceedings in the

21

case, including trial and the entry of a final judgment.  Appeal from the judgment shall be taken

22

directly to the United States Court of Appeals for the Ninth Circuit.

23
24

Dated: _____

25

_____
Signature

26

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

27
28

C 10-05336 LB

**UNITED STATES DISTRICT COURT**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

VIVIAN R HAYS,  *et al.*,

          Plaintiffs,

   v.

COMMONWEALTH LAND TITLE
INSURANCE COMPANY, *et al.*,

         Defendants.
_____/

No.  C 10-05336 LB

**DECLINATION TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED
STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party declines to consent to the assignment of this case to a United States

Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____

Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

C 10-05336 LB