1  MARGARET A. KEANE (SBN 255378)
     mkeane@dl.com
2  SEBASTIAN L. MILLER (SBN 265793)
     smiller@dl.com
3  DEWEY & LEBOEUF LLP
   1950 University Avenue, Suite 500
4  East Palo Alto, CA  94303
   Telephone:    (650) 845-7000
5  Facsimile:     (650) 845-7333

6  *Attorneys for Defendants*
   *Commonwealth Land Title Insurance Corporation and*
7  *Lawyers Title Insurance Company*

8              **IN THE UNITED STATES DISTRICT COURT**
9                **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
10

11  VIVIAN R. HAYS, an individual; KENNETH ) Case No. 3:10-cv-05336-JSW
    WOOD, an individual; ANGELA M. ARTHUR, )
12  as Trustee of the Arthur Declaration of Trust, ) Hon. Jeffrey S. White
    dated December 29, 1988; LEAPIN EAGLE, )
13  LLC, a New York limited liability company; and )
    all others similarly situated, ) **STIPULATION AND [PROPOSED]**
14                                 ) **ORDER CANCELLING CASE**
                        Plaintiffs, ) **MANAGEMENT CONFERENCE**
15                                 ) **SCHEDULED FOR MARCH 18, 2011**
         vs.                       )
16                                 ) Crtrm:   11, 19th Floor
    COMMONWEALTH LAND TITLE       )
17  INSURANCE COMPANY, a Nebraska )
    corporation; LAWYERS TITLE INSURANCE )
18  CORPORATION, a Nebraska corporation; and )
    DOES 1 through 20,             )
19                                 )
                        Defendants. )
20  _____)

21       WHEREAS, this action ("Complaint") was filed on November 24, 2010;

22       WHEREAS, the Complaint was served on CT Corporation as statutory agent for Defendants

23  Commonwealth Land Title Insurance Company and Lawyers Title Insurance Corporation

24  ("Defendants") on December 9, 2010;

25       WHEREAS, on February 2, 2011, the United States Judicial Panel on Multidistrict Litigation

26  ("MDL Panel") filed a Conditional Transfer Order ("CTO") and Plaintiffs have stipulated to transfer

27

28
                                              1

1  and consolidation to the United States District Court for the District of South Carolina

2  ("Consolidated Court"), as set forth in the CTO;

3   WHEREAS, on February 8, 2011, this action was transferred from the Honorable Laurel

4  Beeler to the Honorable Jeffrey S. White;

5   WHEREAS, on February 8, 2011, the Honorable Judge White issued an Order setting the

6  Case Management Conference in this action for March 18, 2011, at 1:30 p.m. ("Scheduled CMC");

7   WHEREAS, on February 16, 2011, the Honorable Judge White granted the parties' Proposed

8  Order Extending Defendants' Time to File a Pleading Responsive to Plaintiffs' Complaint;

9   WHEREAS, the parties understand that this action will likely be transferred to the

10  Consolidated Court prior to Defendants' deadline to file a responsive pleading to the Complaint;

11   WHEREAS, consistent with the goals of efficiency, coordination, and judicial economy that

12  underlie transfer orders by the MDL Panel, the parties also understand that once this action is

13  transferred to the Consolidated Court, the Consolidated Court may wish to hold a Case Management

14  Conference and establish a discovery schedule that coordinates this action with other related matters

15  that have also been transferred to the Consolidated Court; and

16   NOW THEREFORE, the undersigned parties through their respective counsel stipulate to

17  cancel the Scheduled CMC in order to permit the Consolidated Court to schedule a Case

18  Management Conference once this action is transferred to the United States District Court for the

19  District of South Carolina.

20   This stipulation may be executed in counterparts, including by signature transmitted by

21  facsimile.

Dated: March 8, 2011					Respectfully Submitted,

							DEWEY & LEBOEUF LLP


							By:     /s/  *Margaret A. Keane*
							     Margaret A. Keane (SBN 255378)
							     Sebastian L. Miller (SBN 265793)

							*Attorneys for Defendants*
							*Commonwealth Land Title Insurance Company and*
							*Lawyers Title Insurance Corporation*


Dated: March 8, 2011					HOLLISTER & BRACE, APC


							By:     /s/  *Robert L. Brace*
							     Robert L. Brace
							     Michael P. Denver

							FOLEY BEZEK BEHLE & CURTIS, LLP


							By:     /s/  *Thomas G. Foley, Jr.*
							     Thomas G. Foley, Jr.
							     Justin P. Karczag

							*Attorneys for Plaintiffs*




IT IS SO ORDERED:


DATE: March 8, 2011					_____
							HONORABLE JEFFREY S. WHITE
							UNITED STATES DISTRICT COURT JUDGE

---

3

Stipulation and [Proposed] Order Cancelling March 18, 2011 CMC
Case No. 3:10-cv-05336 (JSW)

1  I, Margaret A. Keane, am the ECF User whose ID and password are being used to file this
2  STIPULATION AND [PROPOSED] ORDER CANCELLING CASE MANAGEMENT
3  CONFERENCE SCHEDULED FOR MARCH 18, 2011.  In compliance with General Order 45,
4  X.B., I hereby attest that counsel whose e-signatures appear on the foregoing signature pages have
5  concurred with this filing.
6
7                                                                              /s/   *Margaret A. Keane*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4