IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:   IRS Section 1031 Tax Deferred Exchange Litigation (MDL 2054) | MDL Management Case No.: 8:09-mn-2054-JFA |
| VIVIAN R. HAYS, an individual, et al.,<br><br>                                                Plaintiffs,<br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska corporation, et al.,<br>                                                Defendants. | C/A No.: 3:11-cv-00619-JFA<br><br>**ORDER RE: DESIGNATION OF CONTENTS ON THE RECORD TO BE REMANDED TO THE TRANSFEROR COURT** |

All contents on the record in the matter entitled *Hays et al. v. Commonwealth Land Title Insurance Company, et al.*, C.A. No. 11-00619 shall be remanded to the transferor court, which is the District of Northern California.

IT IS SO ORDERED.

March 12, 2012                                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                                        United States District Judge